FILED
7/5/18 3:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 17-24015-GLT |
| JOSEPH A. KLEMENTS, | Chapter 13 |
| Debtor. | |
| CECIL TOWNSHIP, | Related to Docket Nos. 33 and 43 |
| Movant, | |
| vs. | |
| JOSEPH A. KLEMENTS, | |
| Respondent. | |

## MODIFIED ORDER OF COURT

AND NOW, this __5th__ day of __July__, 2018, upon consideration of the Movant's Certification of Default and its Motion for Relief from the Automatic Stay and hearing on the Motion, it is hereby ORDER, ADJUDGED and DECREED that:

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the Movant, Cecil Township, to enter the real property, known as 712 Morganza Road, Canonsburg, PA 15317, for purposes of enforcing the Consent Order dated September 24, 1997 and applicable law, seeking entry of a judgment lien against the Property, and commencing condemnation proceedings to the extent necessary.

2. Bankruptcy Rule 4001(a)(3) is not applicable and the Movant may immediately enforce and implement this Order granting relief from the automatic stay.

3. The continued hearing scheduled for July 18, 2018 is CANCELLED.

Date: 7/5/18

GREGORY L. TADDONIO
United States Bankruptcy Judge

cm: Christopher Azzara, Esq.