**Form 614**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Joseph A. Klements** | : | Case No. 17–24015–GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Hearing Date: 7/29/20 at 11:00 AM |
| | : | Response Date: 7/13/20 |

## ORDER SETTING STATUS CONFERENCE

       **AND NOW**, the Court having reviewed the docket in this case and determined that DEBTOR(S) (the "Debtor(s)") did not file one or both of the following (each a "Certification"):

    ☑ *Certification of Discharge Eligibility* [PAWB Local Form 24]; and/or,

    ☑ *Certification of Completion of Financial Management Course*;

and the Court having entered an Order on 5/27/20 [Doc. No. 103] indicating that the failure to file a Certification will prevent the Debtor(s) from receiving a discharge of debts in this bankruptcy case; **it is hereby ORDERED, ADJUDGED, and DECREED that:**

       1. A status conference shall be held on **July 29, 2020 at 11:00 AM** in Telephone Conference, Please consult procedures, Judge Taddonio's webpage , at which time Debtor(s)' Counsel shall appear and explain why the Debtor(s) did not file the required Certification(s). A response to this Order shall be filed on or before 7/13/20.

       2. In the event that all required Certifications are filed on or before the response deadline, the Court may vacate this Order and cancel the status conference.

Dated: May 27, 2020

Case administrator to serve:
Counsel to Debtor(s)
Debtor(s)
Chapter 13 Trustee
Office of the U.S. Trustee

Gregory L. Taddonio, Judge
United States Bankruptcy Court